DUPLICATE ORIGINAL

Daniel L. Germain (State Bar No. 143334)
Rosman & Germain LLP
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 440-8600
Facsimile: (310) 440-8615

Eric L. Zagar
Lee D. Rudy
Robin Winchester
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2007 JAN 17 PM 4:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP LAWRENCE, Derivatively on Behalf of Nominal Defendant J2 GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. RESSLER, JOHN F. RIELEY, NEHEMIA ZUCKER, LEO D'ANGELO, R. SCOTT TURICCHI, GREGGORY KALVIN, DOUGLAS Y. BECH, ROBERT J. CRESCI, and MICHAEL P. SCHULHOF,<br><br>Defendants,<br><br>and<br><br>J2 GLOBAL COMMUNICATIONS, INC.,<br><br>Nominal Defendant. | Case No.: CV-06-6475 CAS (JWJx)<br>CV06-7338-CAS (JWJx)<br>The Honorable Christina A. Snyder<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES, APPOINT LEAD COUNSEL AND LIAISON COUNSEL, AND SET SCHEDULE FOR FILING CONSOLIDATED COMPLAINT** |

DOCKETED ON CM
JAN 23 2007
BY 022
10

*To Be Consolidated With:*

| | |
|---|---|
| BEVERLY HOLT, Derivatively on Behalf of Nominal Defendant J2 GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. RESSLER, JOHN F. RIELEY, NEHEMIA ZUCKER, LEO D'ANGELO, R. SCOTT TURICCHI, GREGGORY KALVIN, DOUGLAS Y. BECH, ROBERT J. CRESCI, and MICHAEL P. SCHULHOF,<br><br>Defendants,<br><br>and<br><br>J2 GLOBAL COMMUNICATIONS, INC.,<br><br>Nominal Defendant. | Case No.: CV 06-07338 CAS (JWJx) |

SCANNED

WHEREAS, there are two related shareholder derivative actions on behalf of Nominal Defendant j2 Global Communications, Inc. ("j2 Global") pending in this district (the "Actions"):

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Phillip Lawrence v. Richard S. Ressler, et al.* | CV 06-6475 CAS | October 11, 2006 |
| *Beverly Holt v. Richard S. Ressler, et al.* | CV 06-07338 CAS | November 16, 2006 |

WHEREAS, the complaints in the two Actions are materially identical and were filed by the same law firms;

WHEREAS, without waiver of any rights whatsoever, including but not limited to any contention that these actions were improperly filed under Fed.R.Civ.P. 23.1, that this Court lacks jurisdiction or that these actions should be dismissed or stayed in light of prior proceedings involving the same matters, the parties agree that these actions should be consolidated and hereby stipulate to consolidation;

WHEREAS, counsel for Plaintiffs has stated their intent to file a Consolidated Amended Complaint;

WHEREAS, counsel for Plaintiffs and the appearing Defendants have met and conferred and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion directed at the Consolidated Complaint; and

WHEREAS, the parties have agreed that Defendants shall not in any way be prejudiced by plaintiffs' counsels' appointment as lead and liaison counsel pursuant to this Order and that Defendants shall retain the right to make any and all arguments in connection with any motion to dismiss, stay or otherwise as though such appointment had not taken place;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and the appearing Defendants, through their respective counsel of record, as follows:

**I. SERVICE OF PROCESS AND CONSOLIDATION OF ACTIONS**

1. Defendants' counsel shall appear for and accept service on behalf of all Defendants other than Leo D'Angelo and John Rieley, without waiving any jurisdictional objections or other rights.

2. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

/////

/////

/////

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Phillip Lawrence v. Richard S. Ressler, et al.* | CV 06-6475 CAS | October 11, 2006 |
| *Beverly Holt v. Richard S. Ressler, et al.* | CV 06-07338 CAS | November 16, 2006 |

SCANNED

3. The caption of this consolidated action shall be renamed "*In re j2 Global Communications, Inc., Derivative Litigation*" and shall proceed as Case No. CV 06-6475 CAS. The second-filed action, CV 06-07338 CAS, shall hereby be dismissed without prejudice.

4. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

**II. SCHEDULE**

5. Plaintiffs shall no later than forty-five (45) days from the entry of this Order file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints.

6. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than forty-five (45) days from the date of service.

7. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Plaintiffs shall file and serve their opposition within forty-five (45) days after the service of the motion.

8. If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within fifteen (15) days after service of the opposition.

**III. APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL**

9. The law firm Schiffrin Barroway Topaz & Kessler, LLP shall be appointed Lead Counsel for Plaintiffs in the consolidated shareholder derivative actions.

10. Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

11. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel. Lead Counsel shall also be available and responsible for communications to and from this Court.

12. The law firm of Rosman & Germain LLP shall be appointed as Liaison Counsel and is authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs and shall be responsible for the preparation and transmission of copies of such orders, notices, correspondence, and memoranda of such telephone calls to Plaintiffs' counsel.

13. In connection with this Order Defendants take no position with respect to appointment of either Liaison Counsel or Lead Counsel, but Defendants shall not in any way be prejudiced in the future from making any arguments in connection with any motion or other proceeding as though such appointment had not taken place.

14. Defendants' counsel may rely upon all agreements made with Lead Counsel and Liaison Counsel or other duly authorized representatives of Plaintiffs and such agreements shall be binding on Plaintiffs.

IT IS SO STIPULATED.

DATED: January 16, 2007

ROSMAN & GERMAIN, LLP

By: [signature]
Daniel L. Germain
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 440-8600

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Eric Zagar
Lee D. Rudy
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
*Attorneys for Plaintiffs Phillip Lawrence and Beverly Holt*

DATED: January 16, 2007

SULLIVAN & CROMWELL LLP

By: Robert A. Sacks by TLG
Robert A. Sacks
1888 Century Park E, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
*Attorney for Defendants*

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 18, 2007

Christina A. Snyder
The Honorable Christina A. Snyder

SCANNED

SCANNED

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049-1633.

On January 16, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES, APPOINT LEAD COUNSEL AND LIAISON COUNSEL, AND SET SCHEDULE FOR FILING CONSOLIDATED COMPLAINT** on the interested parties in this action

[x] by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[x] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee shown on the service list.

[ ] **(BY FACSIMILE)** I caused the foregoing document to be served by facsimile transmission from facsimile machine number (310) 440-8615 to each interested party at the facsimile machine number shown on the service list. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

[x] **(FEDERAL)** I declare that I am a member of the bar of this Court.

Executed on January 16, 2007 at Los Angeles, California.

Daniel L. Germain

SCANNED

**MAILING LIST**

Eric L. Zagar, Esq.
Lee D. Rudy, Esq.
Trevan Borum, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Attorneys for Plaintiff

Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Attorneys for Defendants